# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**ACQUANETTA RICHARDSON,**

    **Petitioner,**

**vs.**　　　　　　　　　　　　　　　　　　　　　**5:04-CV-362-SPM**

**BUREAU OF PRISONS,**

    **Respondent.**

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 8) filed March 21, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.　　The magistrate judge's report and recommendation (doc. 8) is adopted and incorporated by reference in this order.

2. This case is *dismissed* without prejudice for failure to prosecute.

**DONE AND ORDERED** this <u>tenth</u> day of May, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao